[No. 2071–3.   Division Three.   July 27, 1977.]

RICHARD LEE GERDES, *Appellant,* v. THE DEPARTMENT
OF MOTOR VEHICLES, *Respondent.*

Appeal from a judgment of the Superior Court for
Benton County, No. 29655, Albert J. Yencopal, J., entered

July 8, 1976. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.